No. 336. Vergne et al., Peticionarios, v. Díaz Cintrón, Juez de Distrito, Guayama, Demandado.— *Certiorari*. Re-

suelto en enero 24, 1922. *Por los fundamentos de la opinión en el caso de Alvarez et al.,* v. *Hon. López Acosta, Juez de Distrito, de enero 24, 1922, se anula el auto expedido.*